**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7278**

———————

LEONARD PAUL CIRINCIONE,

Petitioner - Appellant,

versus

SEWALL SMITH; J. JOSEPH CURRAN, JR.,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-99-328-AW)

———————

Submitted: August 31, 2000        Decided: September 14, 2000

———————

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Allen Nathans, Jason D. Tulley, BENNETT & NATHANS, L.L.P.,
Baltimore, Maryland, for Appellant. Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leonard Paul Cirincione appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Cirincione v. Smith</u>, No. CA-99-328-AW (D. Md. July 30, 1999). We grant Cirincione's motion to file a supplemental brief and have considered his brief in reviewing this appeal. We deny Cirincione's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>